AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Mail Express parcel label number EL824240047US, postmarked April 23, 2018, weighing 1 pound 4 ounces, addressed to Mitchell Brusco, 631 Overton St Apt 2, Newport, Kentucky 41071 with a return address of Brian Donovan, 2299 N Legion Dr, Signal Hill, CA 90755 | Case No. 1:18MJ-283 |

FILED
RICHARD W. NAGEL
CLERK OF COURT
18 APR 26 AM 9:23
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern            District of    Ohio
*(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express parcel label number EL824240047US

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    5/10/18
                                                                *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
           Karen L. Litkovitz                     .
              *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                          ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  4/26/18 @ 9:10 a.m.     *Karen L. Litkovitz*
                                                                        *Judge's signature*

City and state:    Cincinnati, Ohio                          Honorable Karen L. Litkovitz
                                                                      United States Magistrate Judge
                                                                      *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:18 mj 283 | 4-26-18  1030 | n/a |

Inventory made in the presence of: K O'Neill + Rhu

Inventory of the property taken and name of any person(s) seized:

approx 116 grams hash solid (dabs)

MD 4/26/18

[Filed stamp: 18 MAY 23 AM 9:50 U.S. DISTRICT COURT SOUTHERN DISTRICT OHIO WEST DIV CINCINNATI]

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-26-18

_____
Executing officer's signature

K O'Neill  Postal Inspector
Printed name and title